15-0656 TJS

SEALED
BY COURT ORDER

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Northern District of California

ORIGINAL
FILED
MAR 25 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| United States of America | ) |
|---|---|
| v. | ) |
| CARL MARK FORCE IV, et al | ) Case No. |
| | ) |
| | ) 3-15-70370 |
| *Defendant(s)* | ) |

MEJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2012 through 2013__ in the county of __San Francisco__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 641 | Theft of Government Property |
| 18 U.S.C. Section 1343 | Wire Fraud |
| 18 U.S.C. Section 1956(h) | Money Laundering |
| 18 U.S.C. Section 208 | Conflict of Interest |

FILED ___ ENTERED
LODGED ___ RECEIVED

MAR 30 2015

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

This criminal complaint is based on these facts:

See Affidavit of Special Agent Tigran Gambaryan (attached)

Approved as to form: _/s/ Kathryn_____
AUSA Kathryn Haun

☑ Continued on the attached sheet.

_____
*Complainant's signature*

S/A Tigran Gambaryan, IRS-Criminal Investigations
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/25/2015

_____
*Judge's signature*

City and state: San Francisco, CA

Hon. Maria-Elena James, U.S. Magistrate Judge
*Printed name and title*