**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA

        \*

    vs.                      Case No.   **15-0656TJS**

        \*

**CARL MARK FORCE**

        \*

            \*\*\*\*\*\*

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for ___April 2  2015___ *(date)* at ___9:30___ *(time)* before ___Hon. Timothy J. Sullivan.___, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom _____7B_____.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal)

(_____) (Other Custodial Official)

and produced for the hearing.

<u>March 30, 2015</u>
Date

_____
Timothy J. Sullivan
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Order Temp. Detention