IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No.: 15-0656 JTS |
| CARL FORCE | : | |
| Defendant | : | |

...oooOooo...

### ENTRY OF APPEARANCE

Please enter the appearance of Ivan J. Bates and Bates & Garcia, LLC, Attorneys at Law, as attorneys for the Defendant, CARL FORCE.

Respectfully submitted,

_____
IVAN J. BATES, ESQUIRE
BATES & GARCIA, LLC
201 N. Charles Street, Suite 1900
Baltimore, Maryland 21201
PHONE: (410) 814-4600

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st , **April**, 2015 a copy of the foregoing Entry of Appearance was sent via electronic mailing to Rod J. Rosenstein, Assistant United States Attorney, Office of the United States Attorney, 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201.

_____
IVAN J. BATES